UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RON MILLER,

    Plaintiff,

v.                                                    Case No:  2:18-cv-720-FtM-38MRM

KURT PENTELECUC, VERANDAS
OF PUNTA GORDA II, LLLP, DIANA
CARRASQUILLO, ACCOLADE
PROPERTY MANAGEMENT, INC,
MARISOL SANJURJO, ZENIADA
URBINA, JUSTIN STOCKMAN,
BECKY MADSEN and GERAGHTY
DOUGHERTY STOCKMAN, P.A.,

    Defendants.
_____/

## ORDER[1]

Before the Court is the parties' Joint Motion for Dismissal with Prejudice (Doc. 29), requesting that the Court dismiss the case with prejudice and retain jurisdiction to enforce the parties' settlement agreement as to Plaintiff Ron Miller's claims but excluding the claims Defendants filed in a related state case.

Because the parties have settled this case, the Court will administratively close it under Middle District of Florida Local Rule 3.08(b).  But the Court declines to indefinitely

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

retain jurisdiction to enforce the settlement agreement. The parties are not without recourse, as they may independently enforce their agreement in a separate action.

Accordingly, it is now

**ORDERED:**

The parties Joint Motion for Dismissal with Prejudice (Doc. 29) is **GRANTED in part and DENIED in part.**

(1) The case is **DISMISSED without prejudice** subject to the right of any party, within thirty (30) days from the date of this Order, **April 3, 2019**, to submit a stipulated form of final judgment or request an extension of time to do so, or for any party to move to reopen the case upon a showing of good cause. *See* M.D. Fla. R. 3.08(b). Once the thirty-day period expires, this dismissal shall be deemed with prejudice without further order.

(2) The Clerk is **DIRECTED** to terminate any scheduled deadlines and administratively close the case.

**DONE** and **ORDERED** in Fort Myers, Florida this 4th day of March, 2019.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record